**Order entered June 24, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00067-CV

### CITY OF MCKINNEY, Appellant

### V.

### EL DORADO LAND COMPANY, LP, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03745-2009**

## ORDER

We **GRANT** appellant's June 22, 2015 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than July 13, 2015. We caution appellant that no further extensions may be granted absent exigent circumstances.

/s/    CRAIG STODDART
        JUSTICE